## STATE v. WILLIE MAE ALSTON.

(Filed 8 October, 1952.)

APPEAL by defendant from *Stevens, J.,* at July Term, 1952, of LEE.

Criminal accusation against Willie Mae Alston. At the conclusion of her testimony, given as a witness on behalf of her husband, Aaron Alston, in a case pending against him, the trial court pronounced the following judgment: "Upon Willie Mae Alston's own testimony, the Court directs a verdict of guilty of possession of 79 jars of liquor for the purpose of sale, against Willie Mae Alston and a verdict of not guilty as to Aaron Alston. Willie Mae Alston is sentenced to Woman's Prison 404 for a term of two years."

From judgment so pronounced, Willie Mae Alston appealed.

*Attorney-General McMullan and Assistant Attorney-General Bruton for the State.*

*H. F. Seawell, Jr., and J. W. Hoyle for defendant, appellant.*

PER CURIAM. The record indicates that the judgment was pronounced and entered without warrant or indictment, or waiver thereof (G.S. 15-140), and without arraignment, plea, or the intervention of a jury. It necessarily follows, then, that the judgment is void. This is conceded by the State. The judgment will be vacated and set aside. Of course, the Solicitor may send a bill, if so advised.

Reversed.